IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

ORIX REAL ESTATE CAPITAL, INC., a Delaware )
corporation, )
)
)
)
Plaintiff, )
)
v. )    Case No. 1:15-cv-00783-JTN-ESC
)
RED RTP LLC, a Michigan limited liability )
company, RSCD ELLIS ROAD, LLC, f/k/a )
W&D Ellis Road, LLC, f/k/a ICG Ellis Road, )    Honorable Janet T. Neff
LLC, a Michigan limited liability company, and )    United States District Judge
REDICO LLC, a Michigan limited liability )
company, )
)
)

## NOTICE OF REOPENING CASE

Plaintiff, ORIX Real Estate Capital, Inc. (*"ORIX"*), by and through its counsel, Koernke & Crampton P.C., files this Notice of Reopening Case pursuant to the Court's Order dated September 24, 2015 and respectfully states as follows:

1.    Plaintiff's Motion to Stay Proceedings (Dkt. 14) was granted on September 24, 2015 to allow the related case pending in the Court of Appeals for the Seventh Circuit to resolve.

2.    The Seventh Circuit Court of Appeals issued its mandate in the related case on August 8, 2016.

3.    This Court ordered that upon resolution of the appeal, either party may file a Notice of Reopening Case.

4.    The case at bar shall be reopened as of the date of this Notice.

5.    After reopening of the case Plaintiff will file a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i).

Respectfully submitted,

KOERNKE & CRAMPTON PC
Attorneys for ORIX Real Estate Capital, Inc.

Dated: January 12, 2017

By:  /s/ Richard A. Gaffin
Richard A. Gaffin (P31406)
940 Monroe Avenue NW, Ste. 250
Grand Rapids, MI  49503
(616) 458-7900
rgaffin@grandlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:    audley@chapman.com,    benz@chapman.com;    mcooper@jaffelaw.com; amatthews@clarkhill.com; sgallagher@clarkhill.com.

/s/ Richard A. Gaffin

Attorneys for Plaintiff
Koernke & Crampton, P.C.
940 Monroe NW, Ste. 250
Grand Rapids, MI  49503
(616) 458-7900
rgaffin@grandlaw.com

- 3 -